ANDREW S. CANTONI, Appellant, v. MAYFLOWER DOUGHNUT CORPORATION, Respondent, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements, without prejudice to a renewal of the motion in the event the information sought cannot be obtained from the defendant-respondent's officers. No opinion. Present — Glennon, J. P., Cohn, Callahan, Shientag and Heffernan, JJ.

SIDNEY HEIM et al., Respondents, *v.* LANGWELL ASSOCIATES, INC., Appellant. MORRIS FISH, Intervener, Appellant; LANGWELL ASSOCIATES (a Partnership), et al., Impleaded Interveners, Respondents.— Order unanimously affirmed, with one bill of $20 costs and disbursements to the respondents. No opinion. Present — Glennon, J. P., Cohn, Callahan, Shientag and Heffernan, JJ. [See *post*, p. 941.]

In the Matter of a Plan for Readjustment of the Rights of the Holders of Investments in a Mortgage Covering 136 TO 138 WEST 55TH STREET, BOROUGH OF MANHATTAN, Guaranteed by LAWYERS TITLE AND GUARANTY COMPANY. (Mortgage No. 430,326.) In the Matter of the Accounting of SAMUEL J. KRINN, as Trustee, Respondent. 138 WEST 55TH STREET CORPORATION, Appellant.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Glennon, J. P., Cohn, Callahan, Shientag and Heffernan, JJ. [See 279 App. Div. 577.]

In the Matter of JAMES E. McGUIRE et al., Appellants-Respondents, against BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent-Appellant.— Order unanimously modified so as to allow back salary for period not barred by six-year Statute of Limitations, with interest from January 19, 1950, and, as so modified, affirmed, with $20 costs and disbursements to petitioners-appellants-respondents. No opinion. Settle order on notice. Present — Glennon, J. P., Cohn, Callahan, Shientag and Heffernan, JJ.